# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL MONTOYA,**

    **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　　　　　　　　Civ. No. 18-578 JCH/JFR

**STATE OF NEW MEXICO RETIREE
HEALTH CARE AUTHORITY,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
## AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed June 7, 2019. Doc. 41. Objections were due by no later than June 21, 2019. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 41) are adopted.

**IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions, or in the Alternative for Dismissal, filed February 11, 2019 (Doc. 26) is **GRANTED** in part and **DENIED** in part**,** as set forth in the Proposed Findings and Recommended Disposition.

                                                             **JUDITH C. HERRERA**
                                                              **United States District Judge**